# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SMOOTH MULTI-SERVICES PLATFORM et al.,　§<br>　§<br>　§<br>　*Plaintiffs*,　§<br>v.　§<br>　§<br>UNITED STATES OF AMERICA,　§<br>　§<br>　*Defendant*.　§ | Civil Action No. 4:24-cv-00374<br>Judge Mazzant/Judge Davis |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 6, 2024, the Magistrate Judge entered a Report and Recommendation (Dkt. #28) dismissing Plaintiffs Smooth Multi-Services Platform's and Ajide Technology Corporation's claims against Defendant the United States of America without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close this civil action.

　**IT IS SO ORDERED**.

　SIGNED this 21st day of January, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE